**DIVISION OF EMPLOYMENT SECURITY, Respondent,**

v.

**Cassandra PAYTON, Appellant.**

**No. WD 75657.**

Missouri Court of Appeals, Western District.

May 28, 2013.

As Corrected May 30, 2013.

Larry R. Ruhmann, Jefferson City, MO, for appellant.

Cassandra Payton, Appellant Pro Se, East St. Louis, IL, for respondent.

Before Division Two: ALOK AHUJA P.J., and KAREN KING MITCHELL and ANTHONY REX GABBERT, JJ.

### ORDER

PER CURIAM:

On May 18, 2012, Cassandra Payton's employment was terminated by St. Louis University because she had redeemed meal vouchers which were not intended for employee use. The Labor and Industrial Relations Commission found that Payton had been terminated for misconduct, and denied her claim for unemployment benefits. Payton appeals. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).